UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-00686 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff has filed objections to the findings and recommendations. Obj., ECF No. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Plaintiff's objections do not respond to the magistrate judge's findings and recommendations, but instead state plaintiff does not "accept this offer to contract" and does not "consent to these proceedings." Obj at 1. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the

proper analysis.  If plaintiff wishes to continue to litigate in these proceedings, he must pay the filing fee in full.

        Accordingly, IT IS HEREBY ORDERED:

        1. The findings and recommendations filed June 26, 2023 (ECF No. 10), are adopted in full;

        2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied;

        3. Within thirty days of the filing of this order, plaintiff shall pay the filing fee or face dismissal of this case; and

        4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  August 10, 2023.

                                        CHIEF UNITED STATES DISTRICT JUDGE