UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYMEYON HILL,

Plaintiff,

v.

JEFF LYNCH, et al.,

Defendants.

No.  2:22-cv-00686 KJM AC P

ORDER

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed August 11, 2023, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 12.  The thirty-day period has now expired, and plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  February 20, 2025.

UNITED STATES DISTRICT JUDGE

1